William Conis, appellee, v. Frank A. Carelin, appellant. Gen. No. 33,896.

Opinion filed April 22, 1930. Rehearing denied May 5, 1930.

Loesch, Scofield, Loesch & Richards, for appellant. Edwin Hamilton and John A. Brown, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Paul C. Johnson, appellant, v. Beneke Manufacturing Company, appellee. Gen. No. 33,909.

Opinion filed April 22, 1930. Rehearing denied May 5, 1930.

Fyffe & Clarke, for appellant. Miller, Gorham & Wales, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Joseph H. Beuttas, appellee, v. Edward A. Garvey, appellant. Gen. No. 33,917.

Opinion filed April 22, 1930.

John A. Pakenham and George V. McIntyre, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellee; Henry S. Moser, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.